**Opinion issued September 22, 2016**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-16-00306-CV**

———————————

**IN RE ABELARDO SANTOS, Relator**

———————————————————————————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————————————————————————

**MEMORANDUM OPINION**

Relator, Abelardo Santos, filed a petition for writ of mandamus seeking to compel the respondent trial judge to vacate his February 12, 2016 "Declaration Regarding 'Default Judgment' Signed and Entered on April 14, 2015," in the underlying proceeding.[1] On August 8, 2016, relator filed a letter in this Court noting

---

[1] The underlying case is *Abelardo Santos v. Remedial Construction Services, L.P.*, Cause No. 2014-52569, pending in the 333rd District Court of Harris County, Texas, the Honorable Joseph J. "Tad" Halbach, Jr. presiding.

that the parties had reached a settlement and that a motion to dismiss would be filed within thirty days. On September 5, 2016, relator filed an unopposed motion for dismissal of this mandamus proceeding. *See* TEX. R. APP. P. 42.1(a)(1). Although relator's motion to dismiss does not contain a certificate of conference, the motion contains a certificate of service on counsel for the real party in interest, Remedial Construction Services, L.P., and notes that this motion is not opposed. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant the relator's unopposed motion to dismiss his mandamus petition. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.